IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KATHY REAVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-029 |
| | ) | |
| JASON MEDLIN; JEANICE BARRETT; | ) | |
| RICHMOND COUNTY SCHOOL SYSTEM; | ) | |
| FLETCHER, HARLEY & FLETCHER, LLP; | ) | |
| and RICHMOND COUNTY BOARD OF | ) | |
| EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this complaint for failure to state a claim, and **CLOSES** this civil action.

SO ORDERED this 7ᵗʰ day of June , 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA