# United States District Court
## Southern District of Georgia

KATHY REAVES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 119-029

JASON MEDLIN; JEANICE BARRETT; RICHMOND COUNTY SCHOOL SYSTEM; FLETCHER, HARLEY & FLETCHER, LLP; and RICHMOND COUNTY BOARD OF EDUCATION,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 7, 2019 adopting the Report and Recommendation of the Magistrate Judge as the Court's opinion, that Plaintiff's complaint is dismissed for failure to state a claim. This case stands closed.



06/07/2019
*Date*

Scott L. Poff
*Clerk*

*Jamie Hodge*

(By) Deputy Clerk